**Peter MOORE, Plaintiff–Appellant,**

v.

**Nurse ALBRIGHT; Webster Anderson, Montgomery County Prison Officer; Gary Cronite, Maintenance Officer; J.D. Terry, Superintendent; Ronald J. Angelone, Defendants–Appellees.**

No. 01–6202.

United States Court of Appeals, Fourth Circuit.

Submitted July 3, 2001.

Decided Oct. 1, 2001.

Peter Moore, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

This appeal is before us on Peter Moore's petition for rehearing. We dismissed Moore's appeal for lack of jurisdiction, based on the timing of Moore's filing of his notice of appeal. However, in light of evidence that the district court had granted Moore an extension of time to file his notice of appeal, we grant Moore's petition for rehearing. Upon our review of the record, however, we find Moore's appeal to be without merit and therefore dismiss Moore's appeal as frivolous on the reasoning of the district court. *See Moore v. Nurse Albright,* No. CA–00–924–7 (W.D.Va. Dec. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*